# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2025

*The Court of Appeals hereby passes the following order:*

## A26I0083. HALL COUNTY et al v. MARK DOUGLAS FAUL et al.

In this civil action which Mark Douglas Faul and others ("the petitioners") filed to challenge a rezoning decision, respondents Hall County and the Hall County Board of Commissioners filed a motion for summary judgment, arguing, inter alia, that the petitioners' claims were barred by sovereign immunity under the Georgia Constitution. The superior court issued an order rejecting the sovereign immunity argument and denying the motion for summary judgment. The court certified its ruling for immediate review, and Hall County and the Hall County Board of Commissioners filed this timely application for interlocutory appeal, reiterating their sovereign immunity argument.

It appears that the superior court's order is subject to direct appeal under the newly-enacted OCGA § 5-6-34(a)(15), effective July 1, 2025, which allows for direct appeals from "[a]ll judgments, orders, or rulings in civil actions granting or denying or refusing to grant or deny immunity to one or more parties based upon sovereign . . . immunity established by the United States Constitution or the Constitution, laws, or common law of this state." This Court will grant an otherwise timely application for interlocutory appeal if the lower court's order is subject to direct appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).

For the foregoing reasons, this application is hereby GRANTED. Hall County and the Hall County Board of Commissioners shall have ten days from the date of this order to file a notice of appeal with the superior court, if they have not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___11/25/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*